UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KUPAA KEA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA BOARD OF PAROLE COMMISSIONERS et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00109-KJD-VCF<br><br>**ORDER ADOPTING AND AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Before the Court for consideration is the Report and Recommendation (#11) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered May 11, 2020, recommending that Plaintiff's Amended Complaint (#10) be dismissed. Plaintiff did not object to the Report and Recommendation.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#11) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered May 11, 2020, should be **ADOPTED** and **AFFIRMED**.

　　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#11) is **ADOPTED** and **AFFIRMED**.

　　　　IT IS FURTHER ORDERED that the clerk of the court enter **JUDGMENT** for Defendants and against Plaintiff.

Dated this 27th day of January, 2021.

_____
Kent J. Dawson
United States District Judge